UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

CLAUDE SAFARI,

      Petitioner,

         v.                               CAUSE NO. 3:26-CV-364-CCB-SJF

WARDEN,

      Respondent.

## ORDER

Immigration detainee Claude Safari, representing himself, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, alleging he is unlawfully confined in violation of the laws or Constitution of the United States because his removal is not reasonably foreseeable. ECF 1. The court issued an order to show cause, and the government has responded that Safari was previously scheduled to be removed to the Democratic Republic of Congo on June 30, 2026, but that date was changed to July 2, 2026, due to logistical reasons. However, Safari submitted a filing, stating that his removal did not occur. ECF 11. He reports that he was transported to Washington, D.C., on July 2, 2026, but now he is back at Miami Correctional Facility. In light of this development, the court finds it necessary to obtain supplemental briefing that addresses the current status of Safari's removal efforts.

For these reasons, the court ORDERS the government to file a status report addressing the status of the petitioner's removal by **August 4, 2026**, including an

explanation for why the planned removal did not occur. Any response by the petitioner shall be due by **August 18, 2026.**

SO ORDERED on July 21, 2026.

s/Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge