UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CLAUDE SAFARI,<br><br>Petitioner,<br><br>v.<br><br>WARDEN,<br><br>Respondent. | CAUSE NO. 3:26-CV-364-CCB-SJF |

ORDER

Claude Safari, an immigration detainee representing himself, filed an unsigned response to the respondent's status report. ECF 14. Federal Rule of Civil Procedure 11(a) requires that all filing be signed.

For these reasons, the court DIRECTS the clerk to send Claude Safari a copy of his unsigned response (ECF 14) and ORDERS him to return a signed copy by **September 2, 2026**. He is CAUTIONED that if he does not return a signed copy, the document will be stricken from the record.

SO ORDERED on August 25, 2026.

s/Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge