UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CLAUDE SAFARI,<br><br>Petitioner,<br><br>v.<br><br>WARDEN,<br><br>Respondent. | CAUSE NO. 3:26-CV-364-CCB-SJF |

ORDER

Claude Safari, an immigration detainee representing himself, was directed to return a signed copy of his unsigned response brief. ECF 15. He was cautioned if he did not submit a signed copy by September 2, 2026, his brief would be stricken from the record. The deadline has passed with no response.

For these reasons, the court STRIKES the unsigned response (ECF 14), though it shall remain part of the public record to the same extent as the other filing in the case.

SO ORDERED on September 28, 2026.

s/Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge