UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

CLAUDE SAFARI,

Petitioner,

v.

WARDEN,

Respondent.

CAUSE NO. 3:26-CV-364-CCB-SJF

**ORDER**

The petition for a writ of habeas corpus under 28 U.S.C. § 2241 was granted to the extent that respondent was ordered to release Claude Safari from custody on appropriate conditions of supervised release. ECF 18. Respondent reports that the petitioner has since been released. ECF 19.

The court, therefore, **DIRECTS** the clerk to enter judgment and to close this case.

SO ORDERED on November 9, 2026.

*/s/ Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT